BEFORE THE FIRST DIVISION, APRIL 18, 1950

**No. 54248.**—Anglo Persian Mercantile Co. et al. *v.* United States, protests 118619–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54249.**—L. Bamberger & Co. et al. *v.* United States, protests 134124–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 18, 1950

**No. 54250.**—The Frank Tea and Spice Co. *v.* United States, protest 154439–K (Philadelphia).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.